

**FILED**

10/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0515

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0515

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

TERRY LEE HAGBERG,

      Defendant and Appellant.

**FILED**

OCT 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 20, 2023, to prepare, file, and serve the Appellant's opening brief.